This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41163**

**CATHY DOMINGUEZ, IRENE GOMEZ,
ELMO GOMEZ, and PHILLIP GOMEZ,**

Plaintiffs-Appellees,

v.

**LUIS ROSALES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY
Jim Foy, District Court Judge**

Cathy Dominguez
Yuma, AZ

Irene Gomez
Elmo Gomez
Phillip Gomez
Silver City, NM

Pro Se Appellees

Luis Rosales
Bayard, NM

Pro Se Appellant

## MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** IT IS SO ORDERED.

JACQUELINE R. MEDINA, Judge

WE CONCUR:

JENNIFER L. ATTREP, Chief Judge

KATHERINE A. WRAY, Judge